UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Curtis H. Hudson, Jr.,

    Plaintiff,

v.

Genesee Intermediate School District, et al.,

    Defendants.
                                    /

Case No. 14-11939

Honorable Nancy G. Edmunds

## OPINION AND ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S NOVEMBER 17, 2014 REPORT AND RECOMMENDATION [33] AND GRANTING DEFENDANTS' MOTION TO DISMISS [22]

This matter comes before the Court on the Magistrate Judge's Report and Recommendation on Defendants' motion to dismiss. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto,[1] the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Defendants' motion to dismiss is GRANTED and Plaintiff's claims are DISMISSED WITH PREJUDICE.

SO ORDERED.

S/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: January 8, 2015

---

[1] Neither party has filed objections to the Magistrate Judge's Report and Recommendation. On December 1, 2014, Plaintiff filed a motion for a 60 day extension of time to respond to the Report. (Dkt. 34). The Court granted in part and denied in part Plaintiff's motion and gave Plaintiff until January 5, 2015 to file his objections. (Dkt. 35). Plaintiff has failed to file any objections by this deadline.

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 8, 2015, by electronic and/or ordinary mail.

     S/Carol J. Bethel
     Case Manager